Received – USCFC
OCT 03 2025

# In the United States Court of Federal Claims

Ally (Alice) Dzelilovic-Davis
**Plaintiff(s),**

v.

**THE UNITED STATES,**
**Defendant.**

Department of Defense / & Galvaton of
Department of War   Subcontractors

Case No. 25-1652 C

Judge _____

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

I declare under penalty of perjury that the below information is truthful and accurate to the best of my knowledge/ability.

(Brief summary of Complaint (see Exhibit for detailed information))

Plaintiff files this claim in Federal Claims Court as likely recourse for financial remedies from federal government after exhausting (ONLY) all agency complaint and resolution processes, having no response from Defendant's staff, Federal Acquisition Regulation hired Contractor and Subcontractor and suffering IRREPARABLE harm to Plaintiff's constitutional right, civil rights, Americans with Disability Rights (ADA), FAR regulated Wages and benefits (DOD enforced rights), DOJ regulated Rights to non-harassment in the workplace and OSHA violations.

Defendant alleges serious injuries as a result of work performed for DOD, and USAID/NARUC and seeks recovery of NON-paid wages (backpay) through OSHA and DOL compensatory leave allowances, and Equal Employment Opportunity remedies for Discrimination in the workplace on basis of ADA, national origin and religion (see exhibit 1) for prior remedies. Plaintiff seeks recovery of additional expenses Plaintiff incurred on own expense as a results of violations of the laws by above Federal Agency in total sum no lesser than $75,000 and from previously owed agency USAID in sum no lesser than $10,000 to be covered from other federal funds.

Defendant estimates damages total cost between $82,000 - $98,000, no less.

A-5

2. **PARTIES**

Plaintiff, Ally (Alice) Dzelilovic-Davis, resides at 1085 82nd TER N Apt-B,
(Street Address)

St. Petersburg, FL, 33702                    727.739.4732
(City, State, ZIP Code)                     (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

Plaintiff is one but legal name change was changed from previous Alice Dzelilovic to Ally Dzelilovic-Davis, same identity.

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?  ☐ Yes  ☒ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The United States government through its various agencies failed to ensure safe, non-discriminatory, properly paid, non-violent workplace environment for Defendant who tirelessly pursued legal remedies to recover unpaid wages, severance, worker's compensation, safety, whistleblower complaints, remedies for discrimination against disability, national origin, and religion while working for employers bound by these laws. Though EEOC, DOT, DOL, Directly through Department of Defense Channels, Plaintiff ran to mediator despite and DISCUSS injury and grievances, and was ignored, received no response and received reprisal and defamation.

Defendant suffered the following injuries as a result of failures of the system to resolve grievances:
- Loss of wages and prolonged over 1 year unemployment in 2018, 2019.
- Loss of severance and medical benefits in 2022 and legal fees and foreclosure proceedings in 2022/2023 as a result of workplace discriminatory termination by BCS, LLC (Alan Williams CEO), Department of the Army and a wrongful foreclosure lawsuit as a result of unpaid severance and medical benefits. Major physical and mainly psychological injuries from employer's actions, negligence and failure to address injury. Religion discrimination from vaccine policy in 2022 with employer.
- Loss of severance pay, medical benefits, psychological grave and inoperable injuries caused by negligence, discrimination, violence in the workplace and stolen compensating leave benefits owed to plaintiff in addition to loss of future wages by employer Lindahl Reed / US Army Corps of Engineers, Alabama. (CEO Nicole Hough)

The Plaintiff is an American citizen and has delivered work in the interest of the United States but her employers consistently failed to pay benefits and ensure safety of Plaintiff.

A-6

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

Plaintiff asks the Court for Relief in the form of severance, back pay, loss of future pay benefits, discrimination punitive damages to employers, and Court orders to persons involved so other Americans would not suffer same, or similar harm.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3rd__ day of __October__, __2025__.
          (day)              (month)              (year)

_____
Signature of Plaintiff(s)

A-7

# In the United States Court of Federal Claims

Ally (Alice) Dzeliloric-Davis
(Florida Resident)
_____
Plaintiff(s),

v.

THE UNITED STATES,

Defendant.

Department of
Defense /
(current) Department of War

Case No. _____

Judge _____

## CERTIFICATE OF SERVICE

I hereby certify that on __October 3rd (Fri), 2025__, a copy of __Lawsuit/Complaint for Unpaid Severance, Back pay, Damages of DoD and Contractors/Subcontractors__ was mailed via __USPS__, to _____, at _____.

_____
(Signature of Applicant)

Ally Alice Dzeliloric Davis
(Printed Name)

1085 82nd TER N Unit B
(Street Address)

St. Petersburg, FL 33702
(City, State, ZIP Code)

727.739.4732
(Phone Number)

Received – USCFC
OCT 0 3 2025